CSD 1162 [08/22/03]
Name, Address, Telephone No. & I.D. No.
Ja Vonne M. Phillips, Esq. SBN 187474
Rami N. Haddad, Esq. SBN 253400
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-5991

| | |
|---|---|
| In Re<br>   Roderick F. Jimenez and Lenora B. Jimenez,<br><br>                                      Debtors. | BANKRUPTCY NO. 10-06771-MM7 |
| Residential Credit Solutions, Inc., its assignees and/or successors<br><br>                                      Moving Party | RS NO.    RNH-1 |
| Roderick F. Jimenez, Lenora B. Jimenez, Debtors; and Gregory A. Akers, Chapter 7 Trustee; and Specialized Loan Service, Junior Lien,<br><br>                                      Respondents | CHAPTER NO. 7 |

**ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY**
☒ **REAL PROPERTY** ☐ **PERSONAL PROPERTY**

      IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through <u>3</u> with exhibits, if any, for a total of <u>3</u> pages, is granted. Motion/Application Docket Entry 15.

//
//
//
//
//
//
//
//
//

DATED: June 21, 2010

/s/ Margaret M. Mann
Judge, United States Bankruptcy Court

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.
Submitted by:

McCarthy & Holthus, LLP

By: /s/ Rami N. Haddad, Esq.
     Attorney for ☒ Movant ☐ Respondent

CSD 1162

```
CSD 1162 [08/22/03] (Page 2)      Case 10-06771-MM7   Filed 06/21/10   Doc 20   Pg. 2 of 3
ORDER ON NON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Roderick F. Jimenez and Lenora B. Jimenez,              CASE NO.: 10-06771-MM7
                                                                RS NO.: RNH-1
```

The Motion of Residential Credit Solutions, Inc., its assignees and/or successors ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on 6/02/2010 , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. *16*, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on 6/02/2010, and

- ☒ Debtor *(Name)*: Roderick F. Jimenez and Lenora B. Jimenez
- ☒ Debtor's Attorney *(Name)*: William F. McDonald, III
- ☒ Trustee *(Name)*: Gregory A. Akers
- ☒ United States Trustee (in Chapter 11 & 12 cases), and
- ☒ Others, if any *(Name)*:

| | |
|---|---|
| JUNIOR LIEN HOLDERS | SPECIAL NOTICE |
| Specialized Loan Service | Residential Credit Solutions |
| 8742 Lucent Blvd | 4282 N. Freeway |
| Highlands Ranch, CO 80129 | Fort Worth, TX 76137 |

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☒ The following real property:

    a. Street address of the Property including county and state:

    11136 Ivy Hill Drive, San Diego, CA 92131

    San Diego County

    b. Legal description is ☒ attached as Exhibit A or ☐ described below:

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*: **The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived.**

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement

CSD 1162

*Signed by Judge Margaret M. Mann June 21, 2010*

CSD 1162 [08/22/03]

# EXHIBIT A

PARCEL 1:

PARCEL 75 OF PARCEL MAP NO. 17651, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 8, 1996 AS FILE NO. 1996-0065986 OF OFFICIAL RECORDS.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER ALL THE COMMON AREA WHICH HAS BEEN CONVEYED TO SRV NORTH HOMEOWNERS ASSOCIATION, A CALIFORNIA NONPROFIT MUTUAL BENEFIT CORPORATION, SUBJECT TO THE TERMS AND CONDITIONS SET FORTH IN THE DECLARATION OF RESTRICTIONS FOR SCRIPPS RANCH VILLAGES NORTH PLANNED DEVELOPMENT. THIS EASEMENT IS APPURTENANT TO PARCEL 1 DESCRIBED ABOVE. THIS EASEMENT WILL SUBJECT TO ALL ITEMS OF RECORD AND TO EASEMENTS RESERVED TO GRANTOR IN THE DEEDS CONVEYING THE COMMON AREA TO THE SRV NORTH HOMEOWNERS ASSOCIATION.

PARCEL 3:

ONE CLASS A MEMBERSHIP IN SRV NORTH HOMEOWNERS ASSOCIATION, A CALIFORNIA NONPROFIT MUTUAL BENEFIT CORPORATION ("ASSOCIATION").

CSD 1162

*Signed by Judge Margaret M. Mann June 21,2010*